UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOX, DADE ANN § Case No. 11-38439
§
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 on 3/21/13 in Courtroom 240, United States Courthouse, 100 S. Third St.
Geneva, IL 60134.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/22/2013       By: /s/CHARLES J. MYLER
                                  Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FOX, DADE ANN § Case No. 11-38439
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*     $ 13,024.32

*and approved disbursements of*     $ 44.93

*leaving a balance on hand of* [1]    $ 12,979.39

**Balance on hand:**    $ 12,979.39

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Fifth Third Mortgage Company | 91,010.19 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $ 0.00
Remaining balance:    $ 12,979.39

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - CHARLES J. MYLER | 2,052.43 | 0.00 | 2,052.43 |
| Trustee, Expenses - Charles Myler | 67.61 | 0.00 | 67.61 |
| Attorney for Trustee, Fees - Myler, Ruddy & McTavish | 6,337.50 | 0.00 | 6,337.50 |

Total to be paid for chapter 7 administration expenses:    $ 8,457.54
Remaining balance:    $ 4,521.85

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,521.85

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,521.85

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 22,424.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,177.38 | 0.00 | 640.73 |
| 3 | Candica, L.L.C. | 493.65 | 0.00 | 99.54 |
| 4 | Department Stores National Bank/American Express | 8,891.35 | 0.00 | 1,792.95 |
| 5 | Capital One,N.A | 1,609.96 | 0.00 | 324.65 |
| 6 | Portfolio Recovery Associates, LLC | 6,661.63 | 0.00 | 1,343.32 |
| 7 | Capital One, N.A. | 1,590.18 | 0.00 | 320.66 |

Total to be paid for timely general unsecured claims: $ 4,521.85
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/CHARLES J. MYLER
Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-38439-CAD
Dade Ann Fox                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: pgordon              Page 1 of 2              Date Rcvd: Feb 25, 2013
                               Form ID: pdf006            Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2013.
```
db             #+Dade Ann Fox,    1602 Avalon Court,    Saint Charles, IL 60174-2522
17823847       +Amexdsnb,    Attn: Bankruptcy Dept.,    9111 Duke Blvd,    Mason, OH 45040-8999
17823843       +BANK OF America,    Attn: Bankruptcy Dept.,    Pob 17054,    Wilmington, DE 19884-0001
17823846       +CHASE,    Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
19797661        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17901164       +Capital One,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
18010050        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17891022       +Department Stores National Bank/American Express,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
17823840       +Equifax,    Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
17823841       +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
17840428        FIA CARD SERVICES, N.A. as Successor in Interest,    to Bank of America, N.A. (USA),
                 and MBNA America Bank, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17823839       ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                 (address filed with court: Fifth Third BANK,    Attn: Bankruptcy Dept.,    38 Fountain Square Plz,
                 Cincinnati, OH 45263)
17837918       +Fifth Third Mortgage Company,    Attn: Bankruptcy Dept./MD 1MOBBW,    5001 Kingsley Drive,
                 Cincinnati, OH 45227-1114
18386223       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk VA 23541)
17823842       +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18301323       +E-mail/Text: bncmail@w-legal.com Feb 26 2013 05:09:26      Candica, L.L.C.,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
17837699        E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2013 02:53:50      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17823845       +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 26 2013 02:53:50      Discover FIN SVCS LLC,
                 Attn: Bankruptcy Dept.,    Po Box 15316,    Wilmington, DE 19850-5316
17823844       +E-mail/Text: bnckohlsnotices@becket-lee.com Feb 26 2013 02:21:04      Kohls/Capone,
                 Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                              TOTAL: 4
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Myler, Ruddy & McTavish
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2013**                    **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: pgordon              Page 2 of 2                  Date Rcvd: Feb 25, 2013
                               Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2013 at the address(es) listed below:
              Alex   Wilson    on behalf of Debtor Dade Ann Fox ndil@geracilaw.com
              Charles J Myler    cmyler@mrmlaw.com,   IL57@ecfcbis.com;kmyler@mrmlaw.com
              Charles J Myler    on behalf of Trustee Charles J Myler cmyler@mrmlaw.com,   kmyler@mrmlaw.com
              Gloria C   Tsotsos    on behalf of Creditor    Fifth Third Mortgage Company nd-two@il.cslegal.com
              Jason M Shimotake    on behalf of Debtor Dade Ann Fox ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard G Larsen    on behalf of Trustee Charles J Myler rlarsen@kleinstoddard.com,
               vmaurer@kleinstoddard.com
              Richard S Ralston    on behalf of Creditor    CANDICA L.L.C. richardr@w-legal.com,
               chapter-13@w-legal.com
                                                                                             TOTAL: 8