## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: FOX, DADE ANN    § Case No. 11-38439
                        §
                        §
                        §
Debtor(s)               §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $10,533.00          Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,859.35     Claims Discharged
                                               Without Payment: $31,722.80

Total Expenses of Administration: $7,164.97

---

    3) Total gross receipts of $ 13,024.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,024.32 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $91,010.19 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,502.47 | 7,164.97 | 7,164.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,011.00 | 22,424.15 | 22,424.15 | 5,859.35 |
| **TOTAL DISBURSEMENTS** | $18,011.00 | $121,936.81 | $29,589.12 | $13,024.32 |

  4) This case was originally filed under Chapter 7 on September 21, 2011. The case was pending for 9 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/09/2013  By: /s/CHARLES J. MYLER
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's residence, 1602 Avalon Ct., St. Chas. | 1110-000 | 13,024.32 |
| **TOTAL GROSS RECEIPTS** | | **$13,024.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Fifth Third Mortgage Company | 4110-000 | N/A | 91,010.19 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$91,010.19** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 2,052.43 | 2,052.43 | 2,052.43 |
| Charles Myler | 2200-000 | N/A | 67.61 | 67.61 | 67.61 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 6,337.50 | 5,000.00 | 5,000.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 19.93 | 19.93 | 19.93 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $8,502.47 | $7,164.97 | $7,164.97 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,853.00 | 3,177.38 | 3,177.38 | 830.24 |
| 3 | Candica, L.L.C. | 7100-000 | N/A | 493.65 | 493.65 | 128.99 |
| 4 | Department Stores National Bank/American Express | 7100-000 | N/A | 8,891.35 | 8,891.35 | 2,323.27 |
| 5 | Capital One,N.A | 7100-000 | N/A | 1,609.96 | 1,609.96 | 420.68 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | N/A | 6,661.63 | 6,661.63 | 1,740.66 |
| 7 | Capital One, N.A. | 7100-000 | N/A | 1,590.18 | 1,590.18 | 415.51 |
| NOTFILED | Kohls/Capone | 7100-000 | 1,246.00 | N/A | N/A | 0.00 |
| NOTFILED | CHASE | 7100-000 | 5,661.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF America | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| NOTFILED | Amexdsnb | 7100-000 | 7,891.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,011.00 | $22,424.15 | $22,424.15 | $5,859.35 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-38439  
**Case Name:** FOX, DADE ANN  

**Period Ending:** 05/09/13

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 07/18/12 (c)  
**§341(a) Meeting Date:** 08/27/12  
**Claims Bar Date:** 01/16/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtor's residence, 1602 Avalon Ct., St. Chas. | 145,500.00 | 53,872.00 | | 13,024.32 | FA |
| 2 | Checking acct. 5/3 Bank | 83.00 | 0.00 | | 0.00 | FA |
| 3 | Household furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Books, CDs | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2009 Nissan Versa | 8,450.00 | 0.00 | | 0.00 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$156,033.00** | **$53,872.00** | | **$13,024.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee will sell debtor's real estate

**Initial Projected Date Of Final Report (TFR):** March 31, 2013   **Current Projected Date Of Final Report (TFR):** March 31, 2013

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-38439  
**Case Name:** FOX, DADE ANN  

**Taxpayer ID #:** **-***8908  
**Period Ending:** 05/09/13  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******80-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | {1} | Chicago Title & Trust Co. | Proceeds of sale of real estate | 1110-000 | 13,024.32 | | 13,024.32 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 12,999.32 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033051088 20130103 | 9999-000 | | 12,999.32 | 0.00 |
| | | | ACCOUNT TOTALS | | 13,024.32 | 13,024.32 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 12,999.32 | |
| | | | **Subtotal** | | 13,024.32 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,024.32** | **$25.00** | |

{} Asset reference(s)

Printed: 05/09/2013 08:29 PM   V.13.13

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 11-38439 | **Trustee:** CHARLES J. MYLER (330510) |
| **Case Name:** FOX, DADE ANN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ****770966 - Checking Account |
| **Taxpayer ID #:** **-***8908 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/09/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 12,999.32 | | 12,999.32 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.93 | 12,979.39 |
| 04/09/13 | 10101 | CHARLES J. MYLER | Dividend paid 100.00% on $2,052.43, Trustee Compensation;  Reference: | 2100-000 | | 2,052.43 | 10,926.96 |
| 04/09/13 | 10102 | Charles Myler | Dividend paid 100.00% on $67.61, Trustee Expenses;  Reference: | 2200-000 | | 67.61 | 10,859.35 |
| 04/09/13 | 10103 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $5,000.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,000.00 | 5,859.35 |
| 04/09/13 | 10104 | Discover Bank | Dividend paid 26.12% on $3,177.38; Claim# 1; Filed: $3,177.38; Reference: XXXXX8660 | 7100-000 | | 830.24 | 5,029.11 |
| 04/09/13 | 10105 | Candica, L.L.C. | Dividend paid 26.12% on $493.65; Claim# 3; Filed: $493.65; Reference: | 7100-000 | | 128.99 | 4,900.12 |
| 04/09/13 | 10106 | Department Stores National Bank/American Express | Dividend paid 26.12% on $8,891.35; Claim# 4; Filed: $8,891.35; Reference: | 7100-000 | | 2,323.27 | 2,576.85 |
| 04/09/13 | 10107 | Capital One,N.A | Dividend paid 26.12% on $1,609.96; Claim# 5; Filed: $1,609.96; Reference: | 7100-000 | | 420.68 | 2,156.17 |
| 04/09/13 | 10108 | Portfolio Recovery Associates, LLC | Dividend paid 26.12% on $6,661.63; Claim# 6; Filed: $6,661.63; Reference: | 7100-000 | | 1,740.66 | 415.51 |
| 04/09/13 | 10109 | Capital One, N.A. | Dividend paid 26.12% on $1,590.18; Claim# 7; Filed: $1,590.18; Reference: | 7100-000 | | 415.51 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,999.32 | 12,999.32 | $0.00 |
| Less: Bank Transfers | 12,999.32 | 0.00 | |
| **Subtotal** | 0.00 | 12,999.32 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$12,999.32** | |

| | |
|---|---|
| Net Receipts : | 13,024.32 |
| Net Estate : | $13,024.32 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******80-66** | 13,024.32 | 25.00 | 0.00 |
| **Checking # ****770966** | 0.00 | 12,999.32 | 0.00 |
| | $13,024.32 | $13,024.32 | $0.00 |

{} Asset reference(s)

Printed: 05/09/2013 08:29 PM    V.13.13